AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
SEP 17 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harjit Bhambra,<br><br>*Plaintiff(s)*<br>v.<br>Administrative Office of the Federal Courts of the United States and Clerk of the District Court of the United States for the Northern District of California and Does 1 through ten,<br><br>*Defendant(s)* | Civil Action No. CV 18 5681 SK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ADMINISTRATIVE OFFICE OF THE FEDERAL COURTS OF THE UNITED STATES Article III Judges Division Thugood Marshall Federal Judiciary Building, One Columbus Circle NE., Washington, D.C. 20544

CLERK OF THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA AND SUSAN Y. SOONG, 450 Golden Gate Avenue, San Francisco, California 94120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Harjit Bhambra
758 Coral Ridge Circle
Rodeo, California 94572
Telephone # 510-375-7346
Email: harjitbhambra1@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 17 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV 18 5681

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Susan Y. Soong

was received by me on *(date)*  .

☑ I personally served the summons on the individual at *(place)* 450 Golden Gate Ave, San Francisco CA 94102  SANDY NUNES  on *(date)* 9/17/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* Clerk of the District Court of the United States, Susan Y. Soong.  on *(date)* 9/17/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 50.00 for travel and $ _____ for services, for a total of $ 50.00 .

I declare under penalty of perjury that this information is true.

Date: 9/17/2018

*Server's signature*

Lakhbir Singh Bhambra
*Printed name and title*

1024 Rock Harbor Point
Hercules, California 94547
Tel: 510-210-7900

*Server's address*

Additional information regarding attempted service, etc: